**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ABRIAL GOEN,** | ) | |
| | ) | **Docket No: 3:23-cv-00218** |
| **Plaintiff,** | ) | |
| | ) | **Judge Richardson** |
| **vs.** | ) | |
| | ) | **Magistrate Judge Evans** |
| **KEITH T. DELK, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**OPPOSED MOTION TO CONTINUE TRIAL DATES**

Plaintiff Abrial Goen ("Goen") respectfully moves this Court to continue the trial in this case which is currently scheduled to begin on March 23, 2027. For good cause, Goen submits that her co-counsel has a scheduling conflict arising from a family wedding taking place that week. Goen respectfully submits that the Court could schedule the trial between May 3 – 27, 2027 or between June 14 – July 2, 2027, at a time convenient for the Court.

Pursuant to LR 7.01(a)(1), Goen's counsel certifies that prior to filing this Motion, he conferred with Defendants' counsel, who advised that Defendants object to the relief requested in this Motion.

Dated this 15th day of September, 2026.

**DICKINSON WRIGHT PLLC**

By: /s/ Stephen M. Montgomery
Stephen M. Montgomery, #026489
5 City Blvd., Suite 700
Nashville, Tennessee 37209
(615) 244-6538
smontgomery@dwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the foregoing instrument was served on all parties registered to receive electronic notice in this case through the Court's CM/ECF system, including the following:

W. Carl Spining
Sarah Mansfield
The Ortale Kelley Firm
330 Commerce Street, Suite 110
Nashville, TN 37201
cspining@ortalekelley.com
smansfield@ortalekelley.com

/s/ Stephen M. Montgomery


Case 3:23-cv-00218 Document 60 Filed 09/15/26 Page 2 of 2 PageID #: 1004