IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ABRIAL GOEN, | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 3:23-cv-00218 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | |
| KEITH T. DELK, et al., | ) | Magistrate Judge Evans |
| | ) | |
| Defendants. | ) | |

---

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S OPPOSED MOTION TO CONTINUE TRIAL DATES**

Defendants Keith T. Delk and Insequence, Inc. (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Response in Opposition to Plaintiff's Opposed Motion to Continue Trial Dates (Doc. 60).

This action has been pending since 2023. Discovery is complete. The parties filed and briefed cross-motions for summary judgment, and the Court ruled on those motions on May 20, 2026. Trial is presently set for March 23, 2027. Defendants respectfully submit this matter should proceed to trial as scheduled. Moreover, the current trial date resulted from the parties' Joint Motion to Set Trial Date (Doc. 56), which the Court granted on August 27, 2026 (Doc. 59).

Defendants also respectfully request clarification that this matter is set for a Non-Jury trial. Although the Court's Order describes the March 23, 2027, setting as a Jury trial, no party demanded a Jury, and the time for doing so has expired. Accordingly, the matter should be tried to the Court. As such the Defendants request a Non-Jury trial within calendar year 2026, or in the alternative a Non-Jury trial in January/February 2027.

If the Court is nevertheless inclined to continue the trial, Defendants are available within the May 3–27, 2027 window identified in Plaintiff's Motion. Defendants object, however, to the proposed June 14–July 2, 2027, window because undersigned counsel is unavailable.

For these reasons, Defendants respectfully request the Court deny Plaintiff's Motion, maintain the March 23, 2027, trial date, and clarify that the matter will proceed as a Non-Jury trial. Alternatively, Defendants request that any alternative trial date be set January/February 2027 or May 3–27, 2027.

Respectfully Submitted,

**THE ORTALE KELLEY FIRM**

*/s/ W. Carl Spining*
W. Carl Spining, BPR #016302
Sarah Mansfield, BPR #039476
*Attorneys for Defendant*
330 Commerce Street, Suite 110
Nashville, TN 37201
smansfield@ortalekelley.com
cspining@ortalekelley.com
615-256-9999
615-726-1494 (facsimile)

**Certificate of Service**

The undersigned attorney certifies that on September 19, 2026, a true and exact copy of Defendants' Response in Opposition has been filed with the Court's CM/ECF system and served thereby upon the following:

Stephen M. Montgomery
5 City Blvd, Suite 700
Nashville, TN 37209
615.244.6538
smontgomery@dwlaw.com
*Attorney for Plaintiff*

Samuel Kadosh
Gulko Schwed LLP
525 Chestnut Street, Suite 209
Cedarhurst, NY 11516

*/s/ W. Carl Spining*